IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JERRY PEARSON,     PLAINTIFF
ADC #137779

v.     3:25CV00256-DPM-JTK

WELLPATH MEDICAL, et al.     DEFENDANTS

## ORDER

Defendant Gary Kerstein, through counsel, has filed an Answer to Plaintiff's Complaint and provided his full and correct name. (Doc. No. 6). The Clerk of the Court is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 9th day of December, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE