IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JERRY PEARSON**
ADC #137779
                                                                                      **PLAINTIFF**

v.                    No. 3:25-cv-256-DPM-JTK

**WELLPATH MEDICAL**, Healthcare Provider,
Arkansas Department of Correction;   **GARY
R. KERNSTEIN**, Doctor, Wellpath Medical,
Grimes Unit, ADC;   and **ARIC SIMMIONS**,
APN, Wellpath Medical, Grimes Unit, ADC                **DEFENDANTS**

### ORDER

Unopposed partial recommendation, *Doc. 5*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Pearson's deliberate indifference claim against Dr. Kernstein in his individual capacity goes forward.  His remaining claims are dismissed without prejudice.  The Court instructs the Clerk to terminate Wellpath Medical and Nurse Simmions as defendants in this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025