**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JERRY PEARSON**
**ADC #137779** **PLAINTIFF**

**v.** **No. 3:25-cv-256-DPM**

**GARY R. KERNSTEIN, Doctor, Wellpath**
**Medical, Grimes Unit, ADC** **DEFENDANT**

**ORDER**

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, *Doc. 26*, and overrules Pearson's objections, *Doc. 27*. Fed. R. Civ. P. 72(b)(3). Pearson says that it isn't fair that Dr. Kernstein has a lawyer, while he doesn't. True. But Pearson doesn't have the right to an appointed lawyer in this civil case. *Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013). He could adequately represent himself given the issue. He has. Pearson also says that the jail and Wellpath prevented him communicating with a jailhouse lawyer. Even assuming that his allegations are true, they don't rise to the level of denying him access to the Court. *See Gassler v. Rayl*, 862 F.2d 706, 707–08 (8th Cir. 1988).

Dr. Kernstein's motion for summary judgment, *Doc. 19*, is granted. Pearson's deliberate indifference claim against him in his individual capacity will be dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

28 October 2026