**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JERRY PEARSON** **PLAINTIFF**
**ADC #137779**

**v.** **No. 3:25-cv-256-DPM**

**WELLPATH MEDICAL, Healthcare Provider, Arkansas Department of Correction; GARY R. KERNSTEIN, Doctor, Wellpath Medical, Grimes Unit, ADC; and ARIC SIMMIONS, APN, Wellpath Medical, Grimes Unit, ADC** **DEFENDANTS**

# JUDGMENT

Pearson's deliberate indifference claim against Dr. Kernstein in his individual capacity is dismissed with prejudice. His remaining claims are dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

28 October 2026